IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CAS TANNER**, aka **CAS SANDRA YOUNG-TANNER**, Plaintiff, v. **TERRY L. BRADLEY,** *Claims Examiner*, *U.S. Department of Labor* and **U.S. DEPARTMENT OF LABOR**, Defendants. | Civil Action No. **3:11-CV-1048-L** |

## ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed July 15, 2011. No objections were filed.

Plaintiff, proceeding *pro se*, brought this action against the United States Department of Labor and Terry L. Bradley, Claims Examiner, United States Department of Labor, under the Federal Employees' Compensation Act, 5 U.S.C. § 8101 *et seq*. The magistrate judge determined that the action should be dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** this action **without prejudice**.

**It is so ordered** this 29th day of July, 2011.

                                                    Sam A. Lindsay
                                                    United States District Judge